Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 18−28885−CMG
                              Chapter: 13
                              Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis M. Buchanan
   409 Ninth Avenue
   Belmar, NJ 07719

Social Security No.:
   xxx−xx−8406

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/27/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 27, 2019
JAN: bwj

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-28885-CMG
Dennis M. Buchanan                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Sep 27, 2019
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db              +Dennis M. Buchanan,    409 Ninth Avenue,    Belmar, NJ 07719-2331
517770673       +Common Wealth,    960 N. Main Avenue,    Scranton, PA 18508-2126
517903993       +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                  4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
517808054       +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Jenelle C. Arnold,
                  ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                  San Diego, CA 92177-7921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2019 23:55:15      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2019 23:55:13      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517891574       +EDI: CINGMIDLAND.COM Sep 28 2019 03:28:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                  KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
517770672       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 27 2019 23:57:29
                  Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1837
517902777        EDI: PRA.COM Sep 28 2019 03:28:00      Portfolio Recovery Associates, LLC,
                  C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517872779        EDI: Q3G.COM Sep 28 2019 03:28:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                  PO Box 788,   Kirkland, WA 98083-0788
517770674       +E-mail/Text: bkdepartment@rtresolutions.com Sep 27 2019 23:55:24      Real Time Resolutions,
                  1750 Regal Row, Suite 120,    Dallas, TX 75235-2287
517878029        E-mail/Text: bkdepartment@rtresolutions.com Sep 27 2019 23:55:24
                  Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                  Dallas, Texas 75247-4029
517842326       +EDI: DRIV.COM Sep 28 2019 03:28:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                  Dallas, TX 75356-0284
517770675       +EDI: DRIV.COM Sep 28 2019 03:28:00      Santander Consumer USA,    Po Box 105255,
                  Atlanta, GA 30348-5255
517887483       +EDI: AIS.COM Sep 28 2019 03:28:00      Verizon,    by American InfoSource as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Bruce W. Radowitz    on behalf of Debtor Dennis M. Buchanan torreso78@gmail.com,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2007-10CB) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2007-10CB) kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6